November 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

BACM 2006-4 PARK ROW, LLC, Appellant

NO. 14-14-00651-CV                                V.

EZRA BEYMAN, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on May 14, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, BACM 2006-4 Park Row, LLC.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.